**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 5, 2017.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-16-00917-CV

---

## CVS PHARMACY, INC., Appellant

## V.

## SANDRA HOLMES, Appellee

---

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 16-DCV-231169**

---

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal from an order signed October 21, 2016. On December 8, 2016, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Donovan.